UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN  DIVISION
NO: 5:95-CR-00016-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| MARTIN LOCKLEAR | ) | |
| | ) | |

This matter is before the court on defendant's letter filed 26 July 2013.  (DE # 327.)  The court will construe the letter as a motion for reduction of sentence.  In the letter defendant outlines his good behavior and attaches numerous certificates of the accomplishments he has achieved while serving his sentence, all of which are impressive and commendable.  Unfortunately for him, this court has no authority to reduce defendant's sentence.  The motion is DENIED.

This 29 August 2013.

_____
W. Earl Britt
Senior U.S. District Judge