PROB 35  
(Reg 3/93)

Report and Order Terminating Supervision  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

                v.                                           Crim. No. 5:95-CR-16-1BR

**MARTIN LOCKLEAR**

      On April 26, 2016, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                              I declare under penalty of perjury that the foregoing is true and correct.

                                              /s/ Eddie J. Smith  
                                              Eddie J. Smith  
                                              Supervising U.S. Probation Officer  
                                              150 Rowan Street, Suite 110  
                                              Fayetteville, NC 28301  
                                              Phone: 910-354-2537  
                                              Executed On: January 26, 2018

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

      Dated this   29   day of   January  , 2018.

                                              W. Earl Britt  
                                              Senior U.S. District Judge